701 A.2d 916

## IN THE MATTER OF JOHN STEPHENSON, JR., AN ATTORNEY AT LAW.

November 6, 1997.

## ORDER

The Disciplinary Review Board having filed a petition with the Supreme Court pursuant to *Rule* 1:20–15(k) recommending that **JOHN STEPHENSON, JR.,** of **MONTCLAIR** who was admitted to the bar of this State in 1984, be temporarily suspended from the practice of law and compelled to pay a monetary sanction for failure to comply with a fee arbitration determination,

And respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **JOHN STEPHENSON, JR.,** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that **JOHN STEPHENSON, JR.**, pay a sanction in the amount of $500 to the Disciplinary Oversight Committee, the sanction to be paid within thirty days after the filing date of this Order; and it is further

ORDERED that **JOHN STEPHENSON, JR.**, be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that no application for reinstatement to practice be made until respondent has refunded the sum of $500 to his client as directed by the District VC Fee Arbitration Committee in VC–96–66F and has paid the sanction of $500 to the Disciplinary Oversight Committee.